IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| FREDDIE JOE RAY, § | |
| a/k/a Joe Freddie Ray, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:05-CV-0308 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING RESPONDENT DRETKE'S MOTION TO DISMISS, and ORDERING RESPONDENT TO ANSWER PETITION

Came for consideration the Motion to Dismiss filed by respondent DOUGLAS DRETKE on March 1, 2006. On August 7, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be denied. As of this date, respondent has not filed any objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to dismiss filed by respondent is hereby DENIED.

Respondent is directed to answer this petition **within forty (40) days after entry of this Order**, *see* Fed. R. Civ. P. 81(a)(2), answering in substance as required by Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. A true copy of such answer,

together with a copy of any brief filed therewith, shall be served on petitioner by mailing such instruments to him at his address of record, and a certificate shall be filed with the United States District Clerk evidencing such service.

IT IS SO ORDERED.

ENTERED this _____5th_____ day of _____September_____ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE